JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES MONTES,<br><br>Petitioner,<br><br>vs.<br><br>JEFFREY A. BEARD, Warden,<br><br>Respondent. | Case No. EDCV 15-00330-FMO (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: June 17, 2016

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1